**Order entered August 28, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00116-CR

### MOISES ISMAEL VASQUEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause No. F18-47148-L**

## ORDER

Before the court is appellant's August 26, 2020 second motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before October 2, 2020.

/s/     CORY L. CARLYLE
         JUSTICE